[No. 3385–2. Division Two. December 31, 1979.]

FLORENCE EVANS, ET AL, *Appellants,* v. THE CITY OF PUYALLUP, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 262288, Stanley W. Worswick, J., entered March 10, 1978. *Reversed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3226–2. Division Two. December 31, 1979.]

JOHN C. LANE, ET AL, *Appellants,* v. PACESETTER CONSTRUCTION CO., INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 69318, Robert J. Bryan, J., entered December 14, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3660–2. Division Two. December 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD STEPP, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 48635, Donald H. Thompson, J., entered August 28, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.